AMALGAMATED MILLS, INC., Respondent, v. GASTON, WILLIAMS & WIGMORE, INC., Appellant.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

GUSTAVE CERF, Appellant, v. UNITED STATES TITLE GUARANTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALFRED W. CHURCH, Respondent, v. COMMERCIAL TRUST COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

VALENTINE J. SPIELMANN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, upon the authority of *Williams* v. *City of New York* (214 N. Y. 259). Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Scott, J., dissented.

JOSEPH POSGAY, Appellant, v. HARRY J. LUCE, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

PAUL M. HERZOG, Respondent, v. WALTER J. SALOMON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JAMES LONGWORTH, as Trustee, etc., Appellant, v. WILLIAM HUGHES, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

BENJAMIN L. HERMAN, Appellant, v. WALTER S. ROBERTS, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Smith, J., dissented; Clarke, P. J., concurred in setting aside the verdict and dissented from dismissal of complaint on the dissenting opinion in *Blyth* v. *Quinby & Co.*, (148 App. Div. 871), and voted for a new trial.

NATHAN KRONMAN & COMPANY, Respondent, v. COMPANIA TRASATLANTICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

METROPOLITAN FLOUR MILL AND GRAIN COMPANY, Respondent, v. GEORGE F. JOHNSTON and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page JJ.

METROPOLITAN FLOUR MILL AND GRAIN COMPANY, Respondent, v. CASUALTY COMPANY OF AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MAX HOFMANN, Appellant, v. H. S. REALTY COMPANY, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that a question of fact was presented both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.